

Law Offices of Edward Cuccia

EDWARD J. CUCCIA, ESQ.
YUYING ZHU, ESQ.
WILFREDO SUAREZ, ESQ.

January 13, 2026

To:
Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: *Gualpa-Mizhquiri v. Francis, et. al.* No. 26-cv-00156-JAV

JOINT SCHEDULING LETTER FROM PETITIONER AND RESPONDENTS

Dear Honorable Judge Vargas,

The Law Offices of Edward J. Cuccia currently represent Petitioner Oscar Vinicio Gualpa-Mizhquiri in his Petition for Writ of Habeas Corpus (26-cv-00156-JAV) before this Court. Pursuant to the Order to Answer, Doc. 7, from Honorable Judge Vargas, this office is submitting this joint letter on behalf of all parties.

The parties have conferred and it is our joint position that the conference scheduled for Friday, January 16 at 2:00 PM is not necessary because Petitioner is withdrawing his request for a Temporary Restraining Order. The Order to Answer from Honorable Judge Vargas is sufficient protection for Petitioner and TRO relief is thereby unnecessary.

Additionally, it is our joint position that consideration of the merits of this petition should be consolidated with consideration for preliminary injunctive relief. In this light, our joint scheduling request is as follows:

- Government Response, **due January 26, 2026**
- Petitioner Reply, **due January 30, 2026**

After the Government submits their response, the parties respectfully request the right to submit a joint letter requesting a hearing if and only if there is a factual dispute between the Petitioner and Respondent that requires resolution.

Respectfully submitted,

Edward J. Cuccia, Esq.
Edward Cuccia PC
195 Centre Street 2nd Floor
New York, NY 10013

212.966.7775
195 Centre Street 2nd Floor, New York, NY 10013
Info@nycclawfirm.com
www.nycclawfirm.com

The conference previously scheduled for January 16, 2026, is adjourned sine die. It is hereby ORDERED that consideration of the merits of the Petition for Writ of Habeas Corpus, ECF No. 1, and the Motion for Preliminary Injunction, ECF No. 3, will be consolidated pursuant to Federal Rule of Civil Procedure 65(a)(2). The parties' proposed briefing scheduling with respect to the Petition for Writ of Habeas Corpus, ECF No. 1, and the Motion for Preliminary Injunction, ECF No. 3, is GRANTED.

SO ORDERED.

Dated: January 14, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge