**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
OSCAR VINICIO GUALPA-MIZHQUIRI,

                               Petitioner,                  26 **CIVIL** 156 (JAV)

        -against-                             **JUDGMENT**

LADEON FRANCIS, et al.,

                              Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 12, 2026, the Petition is DENIED. In light of the closing of this case, the Court's order at ECF No. 7 prohibiting Petitioner's removal or transfer is no longer in effect; accordingly, the case is closed.

**DATED:**  New York, New York
             February 17, 2026

                                        **TAMMI M. HELLWIG**
                                    _____
                                        **Clerk of Court**

              **BY:**          K. mango

                                    _____
                                       **Deputy Clerk**